**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7051**

———————

HENRY W. MARTIN, JR.,

                              Plaintiff - Appellant,

        versus

EARNESTINE M. PEPPER,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., District Judge.  (6:07-cv-01116-HMH)

———————

Submitted: August 30, 2007          Decided:  September 11, 2007

———————

Before MICHAEL, KING, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Henry W. Martin, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry W. Martin, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Martin v. Pepper, No. 6:07-cv-01116-HMH (D.S.C. June 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED